# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0068.  MARKELL BREWER v. TAMARAH BREWER.**

On April 2, 2024, the Superior Court of Paulding County issued a "Final Judgment and Decree of Divorce" between Markell Brewer ("Markell") and Tamarah Brewer. On April 29, 2024, Markell filed an "Emergency Motion Request for Extension to File." Although Markell does not specify what he intends to file in this Court, pursuant to OCGA § 5-6-35 (a) (2), Markell must file an application for discretionary review in order for this Court to consider his challenge to the final divorce decree.

Thus construing Markell's emergency motion as one for an extension of time in which to file an application for discretionary review, the motion, having been filed in accordance with this Court's rules and in the exercise of our discretion, is hereby GRANTED and the time to file is extended until May 17, 2024.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/29/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*